1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| SIMON F. RANTEESI, | No. 2:13-cv-2132 CKD P |
|---|---|
| Petitioner, | |
| v. | ORDER |
| GARY SWARTHOUT, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis. Examination of the request to proceed in forma pauperis reveals petitioner is unable to afford the costs of this action. Accordingly, leave to proceed in forma pauperis will be granted. 28 U.S.C. § 1915(a).

In his petition, petitioner challenges his conviction and prison disciplinary proceedings which resulted in the revocation of good conduct sentence credit. However, petitioner cannot challenge both his conviction and a prison disciplinary proceedings finding in the same habeas action. See Rule 2(e), Rules Governing Section 2254 Cases. Accordingly, the petition before the court will be dismissed with leave to amend. If petitioner chooses to file an amended petition, he may challenge his conviction or the prison disciplinary proceedings finding at issue in the petition currently before the court, but not both.

/////

1

The court notes that petitioner has requested the appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

Therefore, IT IS HEREBY ORDERED that:

1. Petitioner's request for leave to proceed in forma pauperis (ECF No. 2) is granted.

2. Petitioner's application for writ of habeas corpus is dismissed with leave to amend within thirty days from the date of this order. Failure to file an amended petition within 30 days will result in a recommendation that this action be dismissed.

3. Any amended petition must comply with the requirements described above, bear the case number assigned to this action and the title "Amended Petition."

4. The Clerk of the Court is directed to send petitioner the court's form for application for writ of habeas corpus.

5. Petitioner's request for the appointment of counsel (ECF No. 3) is denied.

Dated: October 23, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
rant2132.114